**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Audie Craig SINGLETARY, Defendant–Appellant.**

**No. 06–11392
Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Oct. 24, 2006.

Yvette Rhodes, Tampa, FL, for Plaintiff–Appellee.

Thomas H. Ostrander, Bradenton, FL, for Defendant–Appellant.

Before ANDERSON, BIRCH and BARKETT, Circuit Judges.

PER CURIAM:

Thomas H. Ostrander, appointed counsel for Audie Craig Singletary in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Singletary's conviction and sentence are **AFFIRMED.**